LARSEN, Respondent, v. UNITED STATES MORTGAGE & TRUST CO., Appellant. (Supreme Court, Appellate Division, Second De-

partment. October 11, 1907.) Action by Ludiska H. Larsen, as administratrix, etc., against the United States Mortgage & Trust Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs.